**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner | ) | |
| | ) | |
| V. | ) | M.B.D. No. 5-MC-10316 RGS |
| | ) | |
| LOUIS CONNOR | ) | |
| Respondent | ) | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

    The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

    1.  This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

    2.  Michelle Nicolosi is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

    3.  The respondent, Louis Connor, resides or is found at 43 Trull Road,Tewksbury, Massachusetts 01876 within the jurisdiction of this Court.  The respondent is in possession and control of testimony and documents concerning this investigation.  Revenue Officer Michelle Nicolosi is conducting an investigation for the collection of the tax liability of Louis Connor for the taxable period(s) ending on June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004 and December 31, 2004.

    4.  Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws.  For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

    5.  On February 11, 2005, Revenue Officer Michelle Nicolosi issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Louis Connor, directing him to appear before Revenue Officer Michelle Nicolosi at One Montvale Avenue Stoneham, MA 02180 on March 15, 2005 and to produce for examination (and give testimony relating to) documents and financial records for the period(s) January 1, 2003 to January 31, 2005.

A copy of the Summons is attached to this Petition as "Exhibit A". On February 11, 2005, Revenue Officer Michelle Nicolosi served the Summons on Louis Connor by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Michelle Nicolosi signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Louis Connor has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Louis Connor for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1. Louis Connor be ordered to show cause, if any he has, why he should not obey the Summons;

2. Louis Connor be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Michelle Nicolosi or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: AUGUST 23, 2005

EXHIBIT A



# Summons

In the matter of  **LOUIS CONNOR, 43 TRULL ROAD, TEWKSBURY, MA 01876**

Internal Revenue Service (Division):  **Small Business/Self Employed**

Industry/Area (name or number):  **Small Business/Self Employed - North Atlantic  Area**

Periods  **See attachment for Period information**

## The Commissioner of Internal Revenue

To   **LOUIS CONNOR**

At    **43 TRULL ROAD, TEWKSBURY, MA 01876**

You are hereby summoned and required to appear before Michelle Nicolosi, an officer of the Internal Revenue Service. to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for JANUARY 1, 2003 TO JANUARY 31, 2005, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

One Montvale Avenue, Stoneham, MA 02180   781-835-4217

**Place and time for appearance at:**   One Montvale Avenue, Stoneham, MA 02180

**IRS**
· Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the   15TH   day of   MARCH   ,   2005   at   10:00   o'clock  A  m.

Issued under authority of the Internal Revenue Code this  _11__ day of  _February 2005_

_Michelle Nicolosi_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

**Original -- to be kept by IRS**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
|      |      |

| | | |
|---|---|---|
| **How Summons Was Served** | 1. ☐ | I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. |
| | 2. ☑ | I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person (if any): _left attached to door_ |
| | 3. ☐ | I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: |

| Signature | Title |
|-----------|-------|
| _Michelle Modin_ | _Revenue Officer_ |

| | |
|---|---|
| 4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine | whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated. |

Date of giving Notice: _____         Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

| | | |
|---|---|---|
| **How Notice Was Given** | ☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee.  I left the copy with the following person (if any). | ☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required. |

| Signature | Title |
|-----------|-------|
|           |       |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|           |       |

Form **2039** (Rev. 12-2001)

## Attachment to Summons Form 2039

In the matter of  **LOUIS CONNOR** _____

Period information:  JUNE 30, 2003; SEPTEMBER 30, 2003; DECEMBER 31, 2003; MARCH 31, 2004;
JUNE 30, 2004; SEPTEMBER 30, 2004; DECEMBER 31, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA          )
                    Petitioner          )
                                )
              V.               )          M.B.D. No. 05-MC-10316 RGS
                                )
LOUIS CONNOR                      )
                    Respondent          )

## <u>ORDER TO SHOW CAUSE</u>

    Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Michelle Nicolosi, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

    ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _____ in the United States Courthouse in _____ on the _____ day of _____, 200__, at _____ __M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on February 11, 2005.  It is further

    ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Louis Connor on or before _____, 200__.
It is further

    ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _____, Massachusetts on this _____day of _____, 200__.


                               _____
                               UNITED STATES DISTRICT JUDGE


                             _____
                               UNITED STATES MAGISTRATE JUDGE