UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LOUIS CONNOR, ) <br> Respondent. ) <br> _____) | M.B.D. No. 05-10316-RGS |

**MOTION TO WITHDRAW PETITION**
**TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

On November 22, 2005, an Order to Show Cause hearing was held before this court, and the parties entered into an agreement that the respondent would comply with the Internal Revenue Service Summons. The Court then continued the hearing until January 18, 2006 @ 3:45 pm.

-2-

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons.

                Respectfully submitted:

                MICHAEL J. SULLIVAN,
                United States Attorney

By:  /s/Anton P. Giedt
     ANTON P. GIEDT
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA  02210
     (617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by postage prepaid, first class mail,

    Louis Connor, 43 Trull Road, Tewksbury, MA 01876

                /s/ Anton P. Giedt
                ASSISTANT UNITED STATES ATTORNEY

Dated: January 11, 2006